1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  ANKUR SHINGAL (CABN 303434)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102-3495

7      Telephone: (415) 436-7200
       FAX: (415) 436-7234

8      Ankur.shingal@usdoj.gov

9  Attorneys for United States of America

10

11

12

13  UNITED STATES OF AMERICA,

14          Plaintiff,

15      v.

16  EDUARDO BERMUDEZ GOMEZ
    a/k/a Eddie Bermudez

17  a/k/a "Casper"

18

19          Defendant.

20

21

22

23

24

25

26

27

28

**FILED**

Sep 29 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO. 3-20-71277  MAG

STIPULATION TO EXCLUDE TIME FROM
SEPTEMBER 25, 2020 TO SEPTEMBER 30, 2020
AND ORDER

It is hereby stipulated by and between counsel for the United States and counsel for the

defendant Eduardo Bermudez Gomez, that time be excluded under the Speedy Trial Act from September

25, 2020 through September 30, 2020.

At the detention hearing held on September 25, 2020, the government and counsel for the

defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could

continue to prepare, including by reviewing the discovery already produced.  For this reason and as

further stated on the record at the status conference, the parties stipulate and agree that excluding time

until September 30, 2020 will allow for the effective preparation of counsel.  *See* 18 U.S.C.

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 3-20-71277-MAG                                                          v. 7/10/2018

1  § 3161(h)(7)(B)(iv).   The parties further stipulate and agree that the ends of justice served by excluding

2  the time from September 25, 2020 through September 30, 2020 from computation under the Speedy

3  Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

4  3161(h)(7)(A), (B)(iv).

5      The undersigned Assistant United States Attorney certifies that he has obtained approval from

6  counsel for the defendant to file this stipulation and proposed order.

7

8      IT IS SO STIPULATED.

9  DATED: _____      /s/_____
                                              Ankur Shingal
10                                            Assistant United States Attorney

11

12 DATED: _____      /s/_____
                                              David Rizk
                                              Counsel for Defendant Gomez

13

14                          **ORDER**

15     Based upon the facts set forth in the stipulation of the parties and the representations made to the

16 Court on September 25, 2020 and for good cause shown, the Court finds that failing to exclude the time

17 from September 25, 2020 through September 30, 2020 would unreasonably deny defense counsel and

18 the defendant the reasonable time necessary for effective preparation, taking into account the exercise of

19 due diligence 18 U.S.C. § 3161(h)(7)(B)(iv).   The Court further finds that the ends of justice served by

20 excluding the time from September 25, 2020 to September 30, 2020 from computation under the Speedy

21 Trial Act outweigh the best interests of the public and the defendant in a speedy trial.   Therefore, and

22 with the consent of the parties, IT IS HEREBY ORDERED that the time from September 25, 2020

23 through September 30, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.

24 § 3161(h)(7)(A), (B)(iv).

25     IT IS SO ORDERED.

26

27 DATED: _September 29, 2020__

28                                            DONNA M. RYU
                                              United States Magistrate Judge